UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:17CR00016 SNLJ ) |
| DALVIN D. LAWRENCE, | ) ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Abbie Crites-Leoni [ECF 30], filed on July 5, 2017 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence and Statements [ECF 20] be **DENIED**.

Dated this 31st day of July, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE